[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 11 2007
THOMAS K. KAHN
CLERK

No. 06-14689

D. C. Docket No. 03-00057 CV-DHB-1

LARRY ANDRIST,

Plaintiff-Appellant,

versus

MEDICAL COLLEGE OF GEORGIA,
BOARD OF REGENTS OF THE UNIVERSITY OF GEORGIA, et al.,

Defendants-Appellants.

Appeal from the United States District Court
for the Southern District of Georgia

**(June 11, 2007)**

Before DUBINA and BLACK, Circuit Judges, and RESTANI,* Judge.

PER CURIAM:

_____
*Honorable Jane A. Restani, Chief Judge, United States Court of International Trade, sitting by
designation.

Appellant Larry Andrist ("Andrist") appeals the district court's grant of summary judgment against him and in favor of his employers and supervisors ("the defendants") on Andrist's claims that the defendants violated his First and Fourteenth Amendment rights. According to Andrist, the defendants retaliated against him for disclosing perceived fraud, waste, and abuse of public funds.

This court reviews a "grant of summary judgment *de novo*, drawing all [reasonable] inferences in favor of the non-moving party." *Fin. Sec. Assurance, Inc. v. Stephens, Inc.*, 450 F.3d 1257, 1269 (11th Cir. 2006). Summary judgment is appropriate when "there is no genuine issue as to any material fact and . . . the moving party is entitled to a judgment as a matter of law." Fed. R. Civ. P. 56(c).

After reviewing the record, reading the parties' briefs, and having the benefit of oral argument, we conclude that there is no merit to any of the arguments that Andrist makes in this appeal. In fact, his claims are foreclosed by the Supreme Court's decision in *Garcetti v. Ceballos*, 547 U.S. ___, 126 S. Ct. 1951 (2006), and our recent precedents of *Battle v. Bd. of Regents for Ga.*, 468 F.3d 755 (11th Cir. 2006), and *Vila v. Padron*, 484 F.3d 1334, No. 05-13776 (11th Cir. Apr. 20, 2007).

Accordingly, we affirm the district court's grant of summary judgment in favor of the defendants.

**AFFIRMED.**